Tim Burklew
Anna Burklew
Mailing address
18900 NE 3rd Ct. 509
Miami Florida 33179

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Tim Burklew                                                Case No:

and

Anna Burklew

      Florida residents,

        Plaintiffs
v

BMB Matrix LLC

     A Delaware Corporation

        Defendant
_____/

**COMPLAINT**

The Plaintiffs Tim Burklew and Anna Burklew, (hereinafter the "Plaintiffs") hereby files this Complaint against the Defendant BMB Matrix LLC, a Company incorporated under the laws of Delaware, having its principal place of business located at 1617 JFK Blvd 20th Floor Philadelphia, PA 19103 (hereinafter the "Defendant") and further state as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction is proper in this case as the US District Courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum

1

or value of $75,000, exclusive of interest and costs, and is between citizens of different States. Jurisdiction is therefore proper under 28 U.S.C. § 1332.

2. Venue is proper in this District pursuant to 15 U.S.C. §§ 15(a), 22 and 28 U.S.C. §§ 1391(b), (c), and (d) because, during the relevant period, Defendants resided, transacted business, were found, or had agents in this District.

3. This Court has *in personam* jurisdiction over Defendants because the Defendant resides and transacts business in this District.

## THE PARTIES

**The Plaintiffs**

4. The Plaintiffs Tim Burklew and Anna Burklew are both Florida residents who owned online stores with both Ebay and Etsy. The Plaintiffs contracted the online services of the Defendant BMB Matrix LLC for the purposes of boosting online sales with both Ebay and Etsy respectively.

**The Defendant**

5. The Defendant BMB Matrix LLC holds itself out to be an industry leader in turnkey e-commerce store building and delivery. The Company claims entrepreneurs from all walks of life turn their dreams into reality. Our turnkey stores allow you to sell anything in the world almost immediately. We allow you to gain your freedom from the regular 9-5 job. Removing barriers to online commerce helps start more new businesses, accelerates the growth of existing businesses, and increases economic output and global trade.

## STATEMENT Of THE FACTS

6. On or about August 15 2023, the Defendant BMB Matrix LLC presented a written contract to the Plaintiffs (hereto attached as Exhibit A)

7. The contract provided for the Defendant rendering services in the form of the Defendant facilitating an online store for Plaintiff through third party EBay and which agreement also guaranteed to generate profits for the Plaintiffs online business.

8. Particularly the Plaintiffs signed up for the Defendant's Standard eBay package which entailed the Defendant supplying the client with products across all platforms included in the package. The package includes the following business build-out:

    (i)    Marketplace buildouts (100 products)

      (ii)      eBay United States

      (iii)     Etsy United States

      (iv)     Guaranteed 30% Profit Margin

9. In sum, the Defendants guaranteed the Plaintiffs 100 items in its online store plus 100 items in an Etsy store

10. The Plaintiffs, upon accepting the Defendant's proposal conveyed to the Defendants the sum of $9,995 for the services promised to Plaintiffs in the Defendant's Agreement for services.

11. The Plaintiffs state that after receiving the contract sum of $9995.00, the Defendant never brought in more than 44 items for the EBay store, and the Plaintiff's Etsy store never even received a single item, out of the 100 items which the Defendant had promised.

12. Plaintiffs state that in light of the foregoing lack of Service by the Defendant, EBay then suspended Plaintiff's store services because of there being too many complaints on how it was managed.

13. Plaintiffs state that in the Defendant's contract for services they also provided a guarantee that if they [the Defendant] did not make $9,995.00 in profits by the end of the year, the Plaintiffs would receive a refund of the difference between the $9,995.00 and what the Plaintiffs made, which was essentially $0.

14. Plaintiffs in light of the foregoing seek damages in the amount of $9,995.00 and as for causes of action, further states as follows:

## PLAINTIFF'S FIRST CAUSE OF ACTION

### Breach of Contract

15. Plaintiffs restate the facts and allegations in the preceding paragraphs and further allege as follows:

16. In Pennsylvania, a contract is an agreement between two or more parties that is enforceable by law. Contracts can be made orally or in writing, but certain types of contracts must be in writing to be enforceable.

17. To be enforceable, a contract should have the following elements, to wit:

    Offer: One party must make an offer to the other party.

    Acceptance: The other party must accept the offer.

    Consideration: Each party must give something of value to the other party.

    Mutual assent: Both parties must agree to the terms of the contract. In

3

addition to these elements, certain types of contracts must be in writing to enforceable. These include contracts for the sale of real estate, contracts for the sale of goods for $500 or more, and contracts that cannot be performed within one year. If one party breaches a contract, the other party may be able to sue for damages. Damages are intended to compensate the non-breaching party for their losses. The amount of damages that can be awarded will depend on the specific facts of the case.

18. Plaintiffs asserts that a valid contract existed between the Plaintiffs, and the Defendant BMB Matrix to provide services to the Plaintiffs benefit, in exchange for the Plaintiffs rendering $9,995.

19. Plaintiffs assert further that the Defendants BMB Matrix failed to provide the Services as described in the Defendant's service agreement dated August 15, 2023, which is hereto attached as Exhibit A.

20. In light of the foregoing, the Plaintiffs claim damages for breach of contract in the total amount of $9,995

## SECOND CAUSE OF ACTION
## INTENTIONAL INTERFERENCE WITH CONTRACT RELATIONS

21. Plaintiffs restate the facts and allegations in the preceding paragraphs and further allege as follows:

22. In the State of Pennsylvania, Intentional interference with contractual relations requires the following elements: "(1) the existence of a contractual relationship; (2) an intent on the part of the defendant to harm the plaintiff by interfering with that contractual relationship; (3) the absence of a privilege or justification for such interference; and (4) damages resulting from the defendant's conduct." Hennessy v. Santiago, 708 A.2d 1269, 1278 (Pa. Super. Ct. 1998) (citing Triffin v. Janssen, 626 A.2d 571, 574 (1993)). A fundamental requirement of interference with contractual relations is the existence of a contract between the plaintiff and a third party. E.g., Nix v. Temple Univ. Of Commw. Sys. Of Higher Educ., 596 A.2d 1132, 1137 (Pa. Super. Ct. 1991) ("The tort of interference with contract is defined in terms of unprivileged interference with a contract with a third party. Essential to the right of recovery on this theory is the existence of a contractual relationship between plaintiff and a party other than the defendant."); Glenn v. Point Park Coll., 272 A.2d 895, 898 (Pa. 1971); see generally RESTATEMENT (SECOND) OF TORTS § 766.

23. Plaintiffs argue that

(I) There was the existence of a contractual relationship between the Plaintiffs and with Ebay and Etsy respectively, prior to the Defendant BMB Matrix LLC offering to boost Plaintiff's sales.

(II) There was an intent on the part of the defendant BMB Matrix to harm the plaintiffs by interfering with that contractual relationship between Plaintiff and EBay and Etsy respectively. This is evident by the Defendant BMB Matrix's course of conduct in not delivering to Plaintiffs expectations, with the Defendants knowing fully well that EBay closes accounts of individuals for lack of sales activity.

(III) Plaintiffs state that there was no justification for the Defendant BMB Matrix's conduct.

(IV) Plaintiffs suffered damages in the amount of $9,995 in losses including of $70,000 in lost projected online sales and further income between the months of August to the present.

## RELIEF SOUGHT

WHEREFORE, the Plaintiffs, Tim and Anna Burklew hereby request that the Court grants the following relief, to *wit:*

(i) Damages for Breach of Contract in the amount of $10,000.

(ii) Damages for the Defendant's tortious interference with the Plaintiff's Contract Relations with EBay and Etsy in the amount of $70,000.

(iii) Costs of suit.

(iv) Any further damages that this Court is willing to allow.

Plaintiffs further seek a jury trial on all triable issues.

Respectfully Submitted

s/ *Tim Burklew*

_____

Tim Burklew

Plaintiff, pro se

s/ *Anna Burklew*

_____

Anna Burklew

Plaintiff, pro se

Dated December 1 2023

*Tim Burklew* (signature)

Tim Burklew

Plaintiff, pro se

*s/ Anna Burklew* (signature)

s/ *Anna Burklew*

_____

Anna Burklew

Plaintiff, pro se

Mailing address
18900 NE 3rd Ct 509
Miami FL 33179

JS 44 (Rev. 10/20) FLSD Revised 02/12/2021

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
Tim Burklew & Anna Burklew

## DEFENDANTS
BMB Matrix LLC
Philadelphia, PA

**(b)** County of Residence of First Listed Plaintiff: Indian River County, FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee – Conditions of Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed *(See VI below)*
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation Transfer
- ☐ 7 Appeal to District Judge from Magistrate Judgment
- ☐ 8 Multidistrict Litigation – Direct File
- ☐ 9 Remanded from Appellate Court

## VI. RELATED/RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE: _____    DOCKET NUMBER: _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 80,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY : RECEIPT # _____   AMOUNT _____   IFP _____   JUDGE _____   MAG JUDGE _____

